1  Melissa Grant (SBN 205633)
2  Melissa.Grant@CapstoneLawyers.com
   Robert J. Drexler, Jr. (SBN 119119)
3  Robert.Drexler@CapstoneLawyers.com
   Jonathan Lee (SBN 267146)
4  Jonathan.Lee@CapstoneLawyers.com
   Capstone Law APC
5  1875 Century Park East, Suite 1000
   Los Angeles, California 90067
6  Telephone:  (310) 556-4811
   Facsimile:  (310) 943-0396

7  Attorneys for Plaintiff Kia Davidson

8  JAMES M. PETERSON, ESQ. (Bar No. 137837)
   peterson@higgslaw.com
9  JASON C. ROSS, ESQ. (Bar No. 252635)
   rossj@higgslaw.com
10 KYLE W. NAGEOTTE, ESQ. (Bar No. 285599)
   nageottek@higgslaw.com
11 HIGGS FLETCHER & MACK LLP
   401 West "A" Street, Suite 2600
12 San Diego, CA  92101-7913
   TEL:  619.236.1551
13 FAX:  619.696.1410

14 Attorneys for Defendant
15 O'REILLY AUTO ENTERPRISES, LLC

                UNITED STATES DISTRICT COURT
16
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
17

18 | KIA DAVIDSON, individually, and | Case No.:  5:17-cv-00603-RGK (AJWx)
   | on behalf of other members of the |
19 | general public similarly situated, | Hon. R. Gary Klausner
   | | Hon. Andrew J. Wistrich
20 |             Plaintiff, |
   | | **STIPULATION FOR ENTRY OF**
21 |        vs. | **JUDGMENT**
   | |
22 | O'REILLY AUTO ENTERPRISES, |
   | LLC, a Delaware corporation; |
23 | O'REILLY AUTO PARTS, a |
   | business entity of unknown form; |
24 | CSK AUTO, INC., an Arizona |
   | corporation; CSK AUTO PARTS, a |
25 | business entity of unknown form, |
   | |
26 |             Defendants. |
27
28

**TO THE COURT AND ALL PARTIES:**

Plaintiff Kia Davidson ("Plaintiff") and Defendant O'Reilly Auto Enterprises, LLC ("Defendant", together the "Parties") have completed a settlement agreement wherein Plaintiff agrees to entry of judgment to be entered as follows:

A. The Court shall dismiss *with prejudice* and enter judgment on Plaintiff's Third Cause of Action under the Private Attorneys General Act, California Labor Code sections 2698 *et seq.*, in favor of Defendant and against Plaintiff;

B. The Court shall dismiss *with prejudice* the class claims alleged in Plaintiff's Second Amended Complaint as follows: (1) First Cause of Action for Failure to Provide Rest Periods under California Labor Code sections 226.7 and 1198; (2) Second Cause of Action for Non-Compliant Wage Statements and Failure to Maintain Payroll Records under California Labor Code sections 226(a), 1174(d), and 1198; (3) Fourth Cause of Action  for Unlawful Business Practices under California Business & Professions Code sections 17200, *et seq.*; and (4) Fifth Cause of Action for Unfair Business Practices under California Business & Professions Code sections 17200 *et seq.*;

C. The Court shall dismiss *with prejudice* and enter judgment on the claims alleged on an individual basis by Plaintiff in her Second Amended Complaint, pursuant to the Parties' Confidential Settlement Agreement, and expressly subject to a preservation of Plaintiff's rights to appeal the Court's denial of class certification (Dkt. No. 61) and ruling on motion for summary judgment (Dkt. No. 78).  Each Party shall bear its own attorneys' fees and costs in the trial court and on appeal.

The Parties further agree that this Stipulation for Entry of Judgment fully

STIPULATION FOR ENTRY OF JUDGMENT

1   and finally adjudicates all causes of action asserted in this case, such that the

2   case will have been fully and finally adjudicated upon entry of the [Proposed]

3   Judgment.

4   Accordingly, the Parties hereby stipulate to and jointly request through

5   their designated counsel that this Court immediately enter the [Proposed]

6   Judgment attached hereto as Exhibit A, and lodged concurrently with this

7   stipulation.

8   **IT IS SO STIPULATED.**

9

10   Dated: July 30, 2018                    Capstone Law APC

11

12                                          By: _____
                                               Melissa Grant

13                                             Robert J. Drexler
                                               Jonathan Lee

14                                          Attorneys for Plaintiff Kia Davidson

15

16

17   Dated: July 30, 2018                    Higgs Fletcher & Mack LLP

18                                          By: /s/ Jason C. Ross

19                                             James M. Peterson
                                               Jason C. Ross

20                                             Kyle W. Nageotte

21                                          Attorneys for Defendant O'Reilly Auto
                                            Enterprises, LLC

22

23

24

25

26

27

28

# Exhibit A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIA DAVIDSON, individually, and on behalf of other members of the general public similarly situated,

Plaintiff,

vs.

O'REILLY AUTO ENTERPRISES, LLC, a Delaware corporation; O'REILLY AUTO PARTS, a business entity of unknown form; CSK AUTO, INC., an Arizona corporation; CSK AUTO PARTS, a business entity of unknown form,

Defendants.

Case No.:  5:17-cv-00603-RGK (AJWx)

Hon. R. Gary Klausner
Hon. Andrew J. Wistrich

**[PROPOSED] JUDGMENT**

1                                          **JUDGMENT**

2         Pursuant to the Plaintiff Kia Davidson's ("Plaintiff") and Defendant

3 O'Reilly Auto Enterprises, LLC's ("Defendant") Stipulation for Entry of

4 Judgment, the Court **HEREBY ENTERS JUDGMENT** as follows:

5

6     A. The Court hereby dismisses *with prejudice* and enters judgment on

7         Plaintiff's Third Cause of Action under the Private Attorneys General

8         Act, California Labor Code sections 2698 *et seq.*, in favor of Defendant

9         and against Plaintiff;

10     B. The Court hereby dismisses *with prejudice* the class claims alleged in

11         Plaintiff's Second Amended Complaint as follows: (1) First Cause of

12         Action for Failure to Provide Rest Periods under California Labor Code

13         sections 226.7 and 1198; (2) Second Cause of Action for Non-

14         Compliant Wage Statements and Failure to Maintain Payroll Records

15         under California Labor Code sections 226(a), 1174(d), and 1198; (3)

16         Fourth Cause of Action  for Unlawful Business Practices under

17         California Business & Professions Code sections 17200, *et seq.*; and (4)

18         Fifth Cause of Action for Unfair Business Practices under California

19         Business & Professions Code sections 17200 *et seq.*;

20     C. The Court hereby dismisses *with prejudice* and enters judgment on the

21         claims alleged on an individual basis by Plaintiff in her Second

22         Amended Complaint, pursuant to the Parties' Confidential Settlement

23         Agreement, and expressly subject to a preservation of Plaintiff's rights

24         to appeal the Court's denial of class certification (Dkt. No. 61) and

25         ruling on motion for summary judgment (Dkt. No. 78).  Each Party

26         shall bear its own attorneys' fees and costs in the trial court and on

27         appeal.

28     As all claims have been finally adjudicated or settled, this case is fully and

finally adjudicated and **FINAL JUDGMENT** is hereby ENTERED.

**IT IS SO ORDERED.**


Dated: _____          _____

Hon. R. Gary Klausner
United States District Court Judge