1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIA DAVIDSON, individually, and on behalf of other members of the general public similarly situated,

            Plaintiff,

      vs.

O'REILLY AUTO ENTERPRISES, LLC, a Delaware corporation; O'REILLY AUTO PARTS, a business entity of unknown form; CSK AUTO, INC., an Arizona corporation; CSK AUTO PARTS, a business entity of unknown form,

         Defendants.

Case No.:  5:17-cv-00603-RGK (AJWx)

Hon. R. Gary Klausner
Hon. Andrew J. Wistrich

**[PROPOSED] JUDGMENT**

1

**JUDGMENT**

2     Pursuant to the Plaintiff Kia Davidson's ("Plaintiff") and Defendant

3  O'Reilly Auto Enterprises, LLC's ("Defendant") Stipulation for Entry of

4  Judgment, the Court **HEREBY ENTERS JUDGMENT** as follows:

5

6    A. The Court hereby dismisses *with prejudice* and enters judgment on

7        Plaintiff's Third Cause of Action under the Private Attorneys General

8        Act, California Labor Code sections 2698 *et seq.*, in favor of Defendant

9        and against Plaintiff;

10    B. The Court hereby dismisses *with prejudice* the class claims alleged in

11       Plaintiff's Second Amended Complaint as follows: (1) First Cause of

12       Action for Failure to Provide Rest Periods under California Labor Code

13       sections 226.7 and 1198; (2) Second Cause of Action for Non-

14       Compliant Wage Statements and Failure to Maintain Payroll Records

15       under California Labor Code sections 226(a), 1174(d), and 1198; (3)

16       Fourth Cause of Action  for Unlawful Business Practices under

17       California Business & Professions Code sections 17200, *et seq.*; and (4)

18       Fifth Cause of Action for Unfair Business Practices under California

19       Business & Professions Code sections 17200 *et seq.*;

20    C. The Court hereby dismisses *with prejudice* and enters judgment on the

21       claims alleged on an individual basis by Plaintiff in her Second

22       Amended Complaint, pursuant to the Parties' Confidential Settlement

23       Agreement, and expressly subject to a preservation of Plaintiff's rights

24       to appeal the Court's denial of class certification (Dkt. No. 61) and

25       ruling on motion for summary judgment (Dkt. No. 78).  Each Party

26       shall bear its own attorneys' fees and costs in the trial court and on

27       appeal.

28

1        As all claims have been finally adjudicated or settled, this case is fully and

2   finally adjudicated and **FINAL JUDGMENT** is hereby ENTERED.

3

4   **IT IS SO ORDERED.**

5

6   Dated: August 03, 2018        _____

7                                    Hon. R. Gary Klausner
                                     United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28